IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ELECTO ECHEVARRIA, #454725**

    **Petitioner,**

vs.                                            Case No. 5:15cv259-MP/CAS

**SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION

This cause is before the Court upon a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 1.

Petitioner is currently incarcerated at Gulf Correctional Institution, located in the Northern District of Florida.  He challenges his conviction from Dade County, located in the Southern District of Florida.  Jurisdiction is appropriate in either District as the districts of confinement and conviction.  28 U.S.C. § 2241(d).

Because the Southern District is the district of conviction, it is the most convenient for witnesses should an evidentiary hearing be necessary, and so transfer of this cause to the Southern District is appropriate.  Mitchell v. Henderson, 432 F.2d 435, 436 (5th Cir. 1970) (division of conviction, where witnesses were located, was appropriate venue over division of confinement in challenge to conviction); Parker v. Singletary, 974 F.2d 1562, 1582 and n. 118 (11th Cir. 1992) (courts should give careful

consideration to the convenience of witnesses in transferring habeas corpus petitions under § 2241(d), citing Mitchell).

It is therefore respectfully **RECOMMENDED** that this case be transferred to the United States District Court for the Southern District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on October 14, 2015.


                                                           <u>Charles A. Stampelos</u>
                                                           CHARLES A. STAMPELOS
                                                           UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.